(107 So. 800)

## Olice HOWTON v. STATE. (6 Div. 649.)

(Supreme Court of Alabama. March 18, 1926.)

Certiorari to Court of Appeals.

Pinkney Scott, of Bessemer, for petitioner.
Harwell G. Davis, Atty. Gen., for the State.

MILLER, J. Petition of Olice Howton for certiorari to the Court of Appeals, to review and revise the judgment and decision of that court in Howton v. State, 107 So. 800.

Writ denied.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.